Robert J. Higgins, Esq. (RH-6477)
Judith R. Cohen, Esq. (JC-8614)
Kenneth H. Frenchman, Esq. (KF-3635)
DICKSTEIN SHAPIRO LLP
1177 Avenue of the Americas
New York, NY 10036-2714
(212) 277-6500

Attorneys for Defendant Merrill Lynch & Co., Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
IN RE WORLD TRADE CENTER LOWER          :    21 MC 102 (AKH)
MANHATTAN DISASTER SITE LITIGATION      :
                                                            :
                                                            :
------------------------------------------------------------X
SLAWEK KAPPINSKI,                        :    07-CV-01634-AKH
                                                            :
                              Plaintiff,  :
                                                            :    **NOTICE OF ADOPTION**
     - against -                          :    **OF ANSWER**
                                                            :    **TO MASTER COMPLAINT**
90 CHURCH STREET                          :    **BY MERRILL LYNCH**
LIMITED PARTNERSHIP, *et al.*,            :
                                                            :    **ELECTRONICALLY FILED**
                              Defendants.  :
------------------------------------------------------------X

          PLEASE TAKE NOTICE THAT Defendant Merrill Lynch & Co., Inc. ("Merrill

Lynch"), as and for its responses to the allegations set forth in the Complaint by Adoption

(Check-Off Complaint) Related to the Master Complaint filed in the above-referenced action,

hereby adopts Merrill Lynch's Answer to Master Complaint, dated August 3, 2007, which was

filed in the matter of *In re World Trade Center Lower Manhattan Disaster Site Litigation,* 21

MC 102 (AKH).

WHEREFORE, Merrill Lynch demands judgment dismissing the above-captioned action as against it, together with its costs and disbursements and for such other and further relief as this Court deems just and proper.

Dated: New York, New York
September 14, 2007

DICKSTEIN SHAPIRO LLP

By:      /s/ Judith R. Cohen
_____
Robert J. Higgins (RH-6477)
Judith R. Cohen (JC-8614)
Kenneth H. Frenchman (KF-3635)
1177 Avenue of the Americas
New York, New York 10036
Phone: (212) 277-6500
Fax: (212) 277-6501

*Attorneys for Defendant*
MERRILL LYNCH & CO., INC.

2