UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

| | |
|---|---|
| IN RE WORLD TRADE CENTER LOWER MANHATTAN DISASTER SITE LITIGATION | 21 MC 102 (AKH) |

-----------------------------------------------------------------X

| | |
|---|---|
| SLAWEK KAPPINSKI, | 07-CV-01634-AKH |
| Plaintiff, | |
| | **APPEARANCE** |
| - against - | |
| 90 CHURCH STREET LIMITED PARTNERSHIP, *et al.*, | **ELECTRONICALLY FILED** |
| Defendants. | |

-----------------------------------------------------------------X

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for:

**MERRILL LYNCH & CO., INC.**

I certify that I am admitted to practice in this court.

Dated:  New York, New York           DICKSTEIN SHAPIRO LLP
        October 3, 2007

                              By:    /s/ Judith R. Cohen
                              _____
                              Judith R. Cohen (JC-8614)
                              1177 Avenue of the Americas
                              New York, New York 10036
                              Phone: (212) 277-6500
                              Fax: (212) 277-6501

                              *Attorney for Defendant*
                              MERRILL LYNCH & CO., INC.

DOCSNY-271788v01