x:\ats51944\adoption

ROGER P. McTIERNAN, JR. (PRM 1680)
BARRY, McTIERNAN & MOORE
2 Rector Street – 14th Floor
New York, New York  10006
(212) 313-3600

Attorneys for Defendants ANN TAYLOR STORES CORPORATION

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------------X
IN RE LOWER MANHATTAN DISASTER SITE
LITIGATION
--------------------------------------------------------------------------X    **21 MC 102 (AKH)**

SLAWEK KAPPINSKI,

                                                  **NOTICE OF**
                                                  **ADOPTION**

                                    Plaintiff,
                                                  **07 CV 01634**

                    -against-

90 CHURCH STREET LIMITED PARTNERSHIP,
ALAN KASMAN DBA KASCO, AMBIENT GROUP,
INC., AMG REALTY PARTNERS, LP., ANN
TAYLOR STORES CORPORATION, BATTERY
PARK CITY AUTHORITY, BELFOR USA GROUP,
INC., BLACKMON-MOORING-STEAMATIC
CATASTOPHE, INC. D/B/A BMS CAT, BOARD OF
MANAGERS OF THE HUDSON VIEW EAST
CONDOMINIUM, BOSTON PROPERTIES, INC.,
BROOKFIELD FINANCIAL PROPERTIES, INC.,
BROOKFIELD FINANCIAL PROPERTIES, LP,
BROOKFIELD PARTNERS, LP, BROOKFIELD
PROPERTIES CORPORATION, BROOKFIELD
PROPERTIES HOLDINGS, INC., ENVIROTECH
CLEAN AIR, INC, GPS ENVIRONMENTAL
CONSULTANTS, INC. HILLMAN
ENVIRONMENTAL GROUP, LLC., HUDSON VIEW
TOWERS ASSOCIATES, INDOOR
ENVIRONMENTAL TECHNOLOGY, INC., JONES
LANG LASALLE AMERICAS, INC., JONES LANG
LASALLE SERVICES, INC., KASCO RESTORATION
SERVICES CO., MERRILL LYNCH & CO., INC.,
NOMURA HOLDING AMERICA, INC., NOMURA

SECURITIES INTERNATIONAL, INC. R Y
MANAGEMENT CO., INC., RY MANAGEMENT,
STRUCTURE TONE (UK), INC., STRUCTURE TONE
GLOBAL SERVICES, INC., TOSCORP INC.,
WESTON SOLUTIONS, INC.,  WFP TOWER B CO.,
G.P. CORP., WFP TOWER B HOLDING CO., LP, AND
WFP TOWER B. CO., L.P. ET AL.,

                              Defendants.

----------------------------------------------------------------------------X

COUNSELORS:

        PLEASE TAKE NOTICE that defendants, ANN TAYLOR STORES

CORPORATION, as and for their responses to the allegations set forth in the Complaint

by Adoption (Check-Off Complaint) related to the Master Complaint filed in the above-

referenced action, hereby adopts ANN TAYLOR STORES CORPORATION's Answer

to the Master Complaint dated August 8, 2007, which was filed in the matter of *In Re*

*World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 102 (AKH).

        To the extent that ANN TAYLOR STORES CORPORATION's, Answer to the

Master Complaint does not comprehensively address any of the specific allegations

within the Check-Off Complaint in the above-captioned matter, ANN TAYLOR

STORES CORPORATION denies knowledge or information sufficient to form a belief

as to the truth of such specific allegations.

        WHEREFORE, ANN TAYLOR STORES CORPORATION demands judgment

dismissing the above-captioned action as against it, together with its costs and

disbursements.

Dated: New York, New York

     October 12, 2007

                                        _____

                                        ROGER P. McTIERNAN, JR. (RPM 1680)
                                        BARRY, McTIERNAN & MOORE
                                        Attorneys for Defendants
                                        STRUCTURE TONE, INC. s/h/a
                                        STRUCTURE TONE (UK), INC. and
                                        STRUCTURE TONE GLOBAL SERVICES, INC.
                                        2 Rector Street – 14th Floor
                                        New York, New York 10006
                                        (212) 313-3600