UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
:
IN RE: WORLD TRADE CENTER LOWER : Docket No.:
MANHATTAN DISASTER SITE : 21 MC 102 (AKH)
LITIGATION :
----------------------------------------------------------- :
:
SLAWEK KAPPINSKI, :  Case No.:
: 07-CV-01634-AKH
Plaintiffs, :
:
- against - :
:
: **NOTICE OF APPEARANCE**
WESTON SOLUTIONS, INC., *et al*, : **BY DEFENDANT**
: <u>**WESTON SOLUTIONS, INC.**</u>
Defendants. :
:
-------------------------------------------------------------X

To the Clerk of this Court and All Parties of Record:

PLEASE TAKE NOTICE that Defendant WESTON SOLUTIONS, INC. ("Weston"), by and through its attorneys, WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP, hereby appears in the above-entitled action, and that all pleadings and papers in this action be served upon the undersigned at the office and address stated below. The undersigned certifies that he is admitted to practice before this Court.

PLEASE TAKE FURTHER NOTICE that Weston has previously appeared and served its notice of adoption of answer in the Master Docket 21 MC 102, and files this notice merely for the purposes of receiving CM/ECF notifications.

3056877.1

Dated: New York, New York
December 12, 2007

                 Yours etc.,

       WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

              By: _/s/ Jason Harrington_____
                Jason Harrington (JH7273)
                Attorneys for Defendant
                Weston Solutions, Inc.
                150 E 42nd Street
                New York, NY 10017
                (212) 490-3000 (p)
                (212) 490-3038 (f)

To: All parties via ECF

3056877.1