x:\tc52786\adoption

WILLIAM D. JOYCE, III (WDJ9899)
BARRY, McTIERNAN & MOORE
2 Rector Street – 14th Floor
New York, New York 10006
(212) 313-3600

Attorneys for Defendants STRUCTURE TONE, INC. s/h/a STRUCTURE TONE (UK), INC. and STRUCTURE TONE GLOBAL SERVICES, INC.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
IN RE LOWER MANHATTAN DISASTER SITE
LITIGATION
-----------------------------------------------------------------------X
SLAWOMIR KARPINSKI,

      Plaintiff,

 -against-

100 CHURCH, LLC, 110 CHURCH LLC, 222
BROADWAY, LLC, 53 PARK PLACE LLC, 90
CHURCH STREET LIMITED PARTNERSHIP,
ABATEMENT PROFESSIONALS, ABSCOPE
ENVIRONMENTAL, INC., ALAN KASMAN DBA
KASCO, AMBIENT GROUP, INC., AMG REALTY
PARTNERS, LP, ANN TAYLOR STORES
CORPORATION, APPLIED ENVIRONMENTAL INC.,
BATTERY PARK CITY AUTHORITY, BELFOR USA
GROUP, INC., BLACKMON-MOORING-STEAMATIC
CATASTOPHE, INC. D/B/A BMS CAT, BOARD OF
MANAGERS OF THE HUDSON VIEW EAST
CONDOMINIUM, BOSTON PROPERTIES, INC.,
BRISTOL ENVIRONMENTAL INC., BROOKFIELD
FINANCIAL PROPERTIES, INC., BROOKFIELD
FINANCIAL PROPERTIES, LP., BROOKFIELD
PARTNERS, LP, BROOKFIELD PROPERTIES
CORPORATION, CATAMOUNT ENVIRONMENTAL
INC., CHASE MANHATTAN BANK CORPORATION,
CLAYTON ENVIRONMENTAL CONSULTANTS,
COMPREHENSIVE ENVIRONMENTAL SERVICE CO.,
CONTAMINANT CONTROL, INC., COVINO
ENVIRONMENTAL ASSOCIATES, INC., CRITERION
LABORATORIES INC., CUNNINGHAM DUCT

      NOTICE OF
      ADOPTION

      07 CV 01634

CLEANING CO., INC., CUSHMAN & WAKEFIELD, INC., DARLING ASBESTOS DISPOSAL COMPANY INC., DIVERSIFIED ENVIRONMENTAL CORPORATION, DYNASERV INDUSTRIES, INC., ENVIRONMENTAL PRODUCTS AND SERVICES, INC., ENVIRONMENTAL SERVICES AND TECHNOLOGIES, INC., ENVIRONMENTAL TESTING, INC., ENVIROTECH CLEAN AIR, INC., GPS ENVIRONMENTAL CONSULTANTS, INC., HILLMAN ENVIRONMENTAL GROUP, LLC., HUDSON VIEW EAST CONDOMINIUM, HUDSON VIEW TOWERS ASSOCIATES, INDOOR ENVIRONMENTAL TECHNOLOGY, INC., JONES LANG LASALLE AMERICAS, INC., JONES LANG LASALLE SERVICES, INC., KASCO RESTORATION SERVICES CO., LAW ENGINEERING P.C., LIONSHEAD 110 DEVELOPMENT LLC, LIONSHEAD DEVELOPMENT LLC, LVI ENVIRONMENTAL SERVICES, INC., LVI SERVICES INC., MANUFACTURERS HANOVER TRUST COMPANY, MARCOR REMEDIATION INC., MERRILL LYNCH & CO, INC., MILRO ASSOCIATES, INC., NOMURA HOLDING AMERICA, INC., NOMURA SECURITIES INTERNATIONAL, INC., NORWICH LABORATORIES, PAR ENVIRONMENTAL CORPORATION, PINNACLE ENVIRONMENTAL CORPORATION, POTOMAC ABATEMENT INC., R Y MANAGEMENT CO., INC., ROYAL ENVIRONMENTAL INC., RY MANAGEMENT, SENCAM, INC., SPECIALTY SERVICE CONTRACTING INC., STRUCTURE TONE (UK), INC., STRUCTURE TONE GLOBAL SERVICES, INC., SYSKA AND HENNESSY, TELLABS OPERATIONS, INC., TISHMAN INTERIORS CORPORATION, TOSCORP INC., TRC ENGINEERS, INC., TTI ENVIRONMENTAL SERVICES INC., UBS FINANCIAL SERVICES, INC. F/K/A SWISS BANK CORPORATION, VERIZON NEW YORK, INC., WESTON SOLUTIONS, INC., WFP TOWER B CO. G.P. CORP., WFP TOWER B HOLDING CO., LP, WFP TOWER B. CO., L.P., WFP TOWER D CO. G.P. CORP., WFP TOWER D HOLDING CO. I L.P., WFP TOWER D HOLDING CO. II L.P., WFP

TOWER D HOLDING I G.P. CORP., WFP TOWER D.
CO., L.P., WILLIAM F. COLLINS, ARCHITECT, AND
ZAR REALTY MANAGEMENT CORP., ET AL.,

                         Defendants.
-------------------------------------------------------------------------X

       PLEASE TAKE NOTICE that defendants, STRUCTURE TONE, INC. s/h/a STRUCTURE TONE (UK), INC. and STRUCTURE TONE GLOBAL SERVICES, INC. (hereinafter "STRUCTURE TONE"), as and for their responses to the allegations set forth in the Complaint by Adoption (Check-Off Complaint) related to the Master Complaint filed in the above-referenced action, hereby adopts STRUCTURE TONE's Answer to the Master Complaint dated July 30, 2007, which was filed in the matter of *In Re World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 102 (AKH).

       To the extent that STRUCTURE TONE's Answer to the Master Complaint does not comprehensively address any of the specific allegations within the Check-Off Complaint in the above-captioned matter, STRUCTURE TONE denies knowledge or information sufficient to form a belief as to the truth of such specific allegations.

       WHEREFORE, STRUCTURE TONE, INC. s/h/a STRUCTURE TONE (UK), INC. and STRUCTURE TONE GLOBAL SERVICES, INC., demands judgment dismissing the above-captioned action as against it, together with its costs and disbursements.

Dated: New York, New York
August 18, 2008

_____
WILLIAM D. JOYCE, III (WDJ 9899)
BARRY, McTIERNAN & MOORE
Attorneys for Defendants
STRUCTURE TONE, INC. s/h/a
STRUCTURE TONE (UK), INC. and
STRUCTURE TONE GLOBAL SERVICES, INC.
2 Rector Street – 14th Floor
New York, New York 10006
(212) 313-3600